NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE LEE McGEE              )
                             )
            Appellant,        )
                             )
v.                           )        Case No.  2D18-249
                             )
STATE OF FLORIDA,            )
                             )
            Appellee.         )
_____)

Opinion filed August 29, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Brian Iten, Judge.

Willie Lee McGee, pro se.

PER CURIAM.


            Affirmed.



LaROSE, C.J., and CRENSHAW and SALARIO, JJ., Concur.